FILED
JUL 0 1 2015
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE UNITED STATES DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR GENERAL SUBPOENA 2426 | Misc. No. 15-86<br><br>MOTION TO SEAL |

Comes now Connie Larson, Assistant United States Attorney, and moves the Court for an order sealing the Motion, Proposed Order, Memorandum of Law, and subpoena, as well as the Motion to Seal, and this Order filed herewith, on the ground and for the reason that the information contained therein has not been made public and the subject of the investigation has not been made aware of the investigation, and that notification of the investigation could impede or become detrimental to this investigation.  The Government also requests that this motion and the corresponding order to seal also be sealed.

Dated and filed this 1st day of July, 2015.

_____
Connie Larson
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD  57101
(605) 357-2362
On behalf of Darcy Katzin
Attorney Advisor
Office of the General Counsel
Office of the Inspector General
United States Department of Justice

[1]

William M. Blier
General Counsel
Office of the Inspector General
Department of Justice
950 Pennsylvania Avenue, N.W.
Room 4726
Washington, D.C. 20530
(202) 616-0646